# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD ROBBEN,
Appellant,
vs.
JOANNE ROBBEN, N/K/A JOANNE MICHAEL,
Respondent.

No. 78815

FILED

JUN 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on May 23, 2019, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Elizabeth A Br___

cc:  Chief Judge, The First Judicial District Court
Hon. William A. Maddox, Senior Judge
Todd Robben
Joanne Robben
Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-27545